IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION



FILED
CHARLOTTE, NC

NOV - 1 2007

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

NOS. 3:07mj226, 227, 228, 229, 230
3:07mc134

IN RE: APPLICATIONS FOR SEARCH )
WARRANTS, SEIZURE WARRANTS, )
AND LIS PENDENS

ORDER TO SEAL

On the government's motion to seal in the above-captioned search and seizure warrant files and lis pendens file, for the reasons stated in the government's motion,

IT IS THEREFORE ORDERED that the Clerk shall seal each of these files until further order of the Court, except that the affidavit only shall be sealed in the lis pendens file.

Signed this the 1st day of November, 2007.

FRANK D. WHITNEY
UNITED STATES DISTRICT JUDGE